**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In Re: John Saba )
Attorney at Law, California Bar No. 165415 )
) Case No.: 2:19-cv-00863-GMN
)
) **ORDER**
)
)
)

Pending before the Court is the Order to Show Cause, (ECF No. 1), why this Court should not permanently terminate Attorney John Saba's ("Saba") electronic filing privileges or refer his apparent unauthorized practice of law to the California State Bar for further disciplinary proceedings. On May 13, 2019, Saba filed a Response, (ECF No. 4).

As explained in the Order to Show Cause, Saba, "a member of the State Bar of California currently not eligible to practice law (Suspended, failed to pay Bar fees), and who is not a member of the State Bar of Nevada nor admitted to practice in the U.S. District Court for the District of Nevada, filed case number 19-12799" in Bankruptcy Court using an electronic filing account which was provided to Saba in 2005. (Order 1:9–19, ECF No. 1).

In his Response, (ECF No. 4), Saba indicates that he has not practiced law since 2010, that he tendered a letter of resignation to the California State Bar in 2018, and that the California State Bar suspended Saba for failure to pay bar fees. (Resp. ¶ 6, ECF No. 4). Additionally, Saba represents that he "had no involvement whatsoever in the filing of case No. 19-12799," in the U.S. Bankruptcy Court for the District of Nevada and that his ex-law firm partner, Gregory Grantham, "fraudulently filed case No. 19-12799 in [Saba's] name." (*Id.* ¶ 4). In light of these representations, the Court will not refer this matter to the California State Bar for further disciplinary proceedings against Saba. However, the Court finds that Saba's

Response fails to show cause why his electronic filing account privileges should not be permanently terminated.

Accordingly,

**IT IS HEREBY ORDERED** that the District of Nevada CM/ECF electronic filing privileges of John Saba, California Bar No. 165415, are **PERMANENTLY TERMINATED**.

**DATED** this __29__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court